**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1719**

PATRICIA G. PLUMMER,

        Plaintiff - Appellant,

   v.

MICHAEL J. ASTRUE,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:11-cv-00006-RLV-DSC)

Submitted: October 31, 2012     Decided: November 6, 2012

Before NIEMEYER, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel S. Johnson, North Wilkesboro, North Carolina, for Appellant. Anne M. Tompkins, United States Attorney, Charlotte, North Carolina, Luis Pere, Special Assistant United States Attorney, Social Security Administration, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia G. Plummer appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner of Social Security's decision to deny Plummer disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. See Plummer v. Astrue, No. 5:11-cv-00006-RLV-DSC (W.D.N.C. May 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2